IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID LIBRACE                                                                    PLAINTIFF

v.                              No. 2:16-cv-7-DPM-PSH

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                                    DEFENDANT

ORDER

The Court overrules Librace's objections, № 29, and, on *de novo* review, adopts Magistrate Judge Harris's recommendation, № 28. FED. R. CIV. P. 72(b)(3). Substantial evidence supports the ALJ's decision; and the Court sees no error of law. The Court is not persuaded that the ALJ failed to develop the record on eligibility or treated Librace unfairly.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 November 2016