IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID LIBRACE                                                                  PLAINTIFF

v.                         No. 2:16-cv-7-DPM-PSH

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                                   DEFENDANT

JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 November 2016