# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

DAVID LIBRACE                                               PLAINTIFF

v.                          No. 2:16-cv-7-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                DEFENDANT

## ORDER

The Acting Commissioner's Federal Rule of Civil Procedure 60(a) opposed motion, № 32, to amend the Judgment is granted. The Court adopted Magistrate Judge Harris's recommendation without qualification; so the dismissal should have been on the merits with prejudice, as she suggested. The "without prejudice" specified in the Court's Judgment, № 31, was a mistake arising from oversight. An Amended Judgment will be entered.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 April 2017