IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID LIBRACE     PLAINTIFF

v.     No. 2:16-cv-7-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner     DEFENDANT

## AMENDED JUDGMENT

Librace's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 April 2017